No. 05–8122.  HUMPHREY v. BRADLEY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 05–8123.  HIGGINBOTHAM v. HICKMAN, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir.  Certiorari denied.

No. 05–8125.  LEDBETTER v. LANTZ, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION.  Sup. Ct. Conn.  Certiorari denied.

No. 05–8136.  IRELAND v. PROJECT MANAGEMENT INSTITUTE, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–8137.  FEYENORD v. MASSACHUSETTS.  Sup. Jud. Ct. Mass.  Certiorari denied.

No. 05–8143.  MCCARLEY v. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.  Sup. Ct. Ala.  Certiorari denied.

No. 05–8146.  WHITE v. BURDICK, TRUSTEE.  C. A. 1st Cir. Certiorari denied.

No. 05–8151.  GORDON v. LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 05–8152.  GLASSCOCK v. UTAH.  Ct. App. Utah.  Certiorari denied.

No. 05–8154.  HICKS v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 05–8155.  GASTON v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 05–8158.  HENRY v. PLILER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 05–8159.  GRISSOM v. HARRISON, WARDEN.  C. A. 9th Cir. Certiorari denied.